In the Matter of the Claim of MARGARET DONOHUE, against YONKERS SASH WEIGHT CORPORATION et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

Argued September 28, 1937; decided October 12, 1937.

John J. Bennett, Jr., Attorney-General (Roy Wiedersum of counsel), for appellant.

Jeremiah F. Connor for respondents.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.